IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: FLUIDMASTER, INC., WATER CONNECTOR COMPONENTS PRODUCTS LIABILITY LITIGATION | Case Nos. 1:14-cv-05696<br>1:14-cv-10250<br><br>MDL No. 2575<br><br>Hon Robert M. Dow, Jr. |
| This Document Relates to:<br><br>*Rensel, et al. v. Fluidmaster, Inc.*, No. 14-cv-000648 (C.D. Cal.);<br><br>*Sullivan, et al. v. Fluidmaster, Inc.*, No. 1:14-cv-05696 (N.D. Ill.);<br><br>*Hardwick v. Fluidmaster, Inc.*, No. 1:14-cv-00363 (D.N.H.);<br><br>*Hungerman, et al. v. Fluidmaster, Inc.*, No. 2:14-cv-00994 (W.D. Pa.);<br><br>*Wyble v. Fluidmaster, Inc.*, No. 14-cv-01826 (D. Ariz.);<br><br>*Larson v. Fluidmaster, Inc.*, No. 1:14-cv-10222-JWD (N.D. Ill.); | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME AND PAGE LIMITATIONS FOR REPLY BRIEF IN SUPPORT OF COMMON BENEFIT FUND MOTION**

Plaintiffs' Court-appointed Interim Co-Lead Counsel, Liaison Counsel,[1] and plaintiffs' counsel ("Class Counsel"), on behalf of themselves and other plaintiffs' counsel in the other pending class cases consolidated before this Court, who actively have assisted in prosecuting this centralized multidistrict litigation ("MDL"), respectfully submit this unopposed motion for an

---

[1] Pursuant to the Court's Order dated June 25, 2015 (Dkt. No. 113), the Court appointed Shanon J. Carson and Glen L. Abramson of Berger & Montague, P.C., and Simon Paris and Patrick Howard of Saltz, Mongeluzzi, Barrett & Bendesky as Interim Co-Lead Counsel, and Edward A. Wallace of Wexler Wallace LLP as Interim Liaison Counsel.

extension of time in which to file an omnibus reply and for an extension of page limitations to respond to briefs submitted by State Farm (MDL Dkt. No. 42), American Select (MDL Dkt. No. 38) and Fluidmaster, Inc. ("Fluidmaster") (MDL Dkt. No. 40) concerning Plaintiffs' proposed common benefit fund.  In support thereof, Plaintiffs state:

1. Plaintiffs filed a motion for the establishment of a Common Benefit Fund on August 25, 2015.

2. On August 27, 2015, this Court set a briefing schedule, providing that parties opposing Plaintiffs' motion would have until September 30, 2015, to respond to the motion, and that Plaintiffs would submit a reply brief by October 14, 2015 (Dkt. No. 142).

3. Three parties opposed Plaintiffs' motion: State Farm, American Select, and Fluidmaster.

4. Because some of the arguments made in the State Farm, American Select, and Fluidmaster briefs overlap, and bearing in mind the Court's previous request for efficiency, Plaintiffs intend to file one omnibus brief responding to the arguments.  In order to sufficiently address the arguments and representations made in those briefs, however, Plaintiffs would request additional time in which to file their reply, or, alternatively, in which to potentially reach an agreement with the subrogating plaintiffs regarding a common benefit fund.  Plaintiffs also request an extension of page limits to adequately respond to the arguments contained in the three parties' briefs.

5. Accordingly, Plaintiffs would request an extension of the deadline in which to file their reply brief, up to and including October 28, 2015, and an extension of the page limits, up to and including 25 pages, in order to respond to the arguments in the briefs.

6. This extension is sought in good faith and not for the purposes of delay. The


attorneys for State Farm, American Select, and Fluidmaster do not object to Plaintiffs' request for an extension.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for an extension of time up to and including October 28, 2015 in which to file their reply in support of their motion for the establishment of a common benefit fund, and for an extension of the page limits up to and including 25 pages in which to make the arguments in their reply brief.

Dated: October 9, 2015

Respectfully submitted,

By: /s/ Edward A. Wallace
Edward A. Wallace
   *Interim Liaison Counsel*
Amy E. Keller
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
T: (312) 346-2222
F: (312) 346-0022
E: eaw@wexlerwallace.com
    aek@wexlerwallace.com

Eric L. Cramer
Shanon J. Carson
   *Interim Co-Lead Counsel*
Lawrence Deutsch
Glen L. Abramson
   *Interim Co-Lead Counsel*
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
T: (215) 875-3000
F: (215) 875-4604
E: ecramer@bm.net
    scarson@bm.net
    ldeutsch@bm.net
    gabramson@bm.net

Simon Bahne Paris

...

    *Interim Co-Lead Counsel*
Patrick Howard
    *Interim Co-Lead Counsel*
Charles J. Kocher
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
T:    (215) 575-3986
E:    sparis@smbb.com
       phoward@smbb.com
       ckocher@smbb.com

Gregory F. Coleman
Lisa A. White
**GREG COLEMAN LAW PC**
Bank of America Center
550 Main Avenue, Suite 600
Knoxville, TN 37902
T:    (865) 247-0080
F:    (865) 522-0049
E:    greg@gregcolemanlaw.com
       lisa@gregcolemanlaw.com

Daniel J. Kurowski
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1144 W. Lake Street
Suite 400
Oak Park, IL 60301
T:    (708) 628-4949
F:    (708) 628-4950
E:    dank@hbsslaw.com

Anthony D. Shapiro
Jeniphr Breckenridge
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
T:    (206) 623-7292
F:    (206) 623-0594
E:    tony@hbsslaw.com
       jeniphr@hbsslaw.com

        Daniel E. Gustafson
        Amanda M. Williams
        Raina C. Borrelli
        **GUSTAFSON GLUEKPLLC**
        Canadian Pacific Plaza
        120 South Sixth Street #2600
        Minneapolis, MN 55402
        T:    (612) 333-8844
        E:    dgustafson@gustafsongluek.com
              awilliams@gustafsongluek.com
              rborrelli@gustafsongluek.com

        Joseph J. Tabacco, Jr.
        Todd. A. Seaver
        **BERMAN DEVALERIO**
        One California Street, Suite 900
        San Francisco, CA 94111
        T:    (415) 433-3200
        F:    (415) 433-6282
        E:    jtabacco@bermandevalerio.com
              tseaver@bermandevalerio.com

        Ria C. Momblanco
        **FINE, KAPLAN AND BLACK, P.C.**
        One South Broad St., 23rd Floor
        Philadelphia, PA 19107
        T:    (215) 567-6565
        F:    (215) 568-5872
        E:    dperelman@finekaplan.com
              gdever@finekaplan.com
              rmomblanco@finekaplan.com

*Counsel for Plaintiffs and the Putative Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record registered to receive ECF notifications in the following cases:

    No. 1:14-cv-05696

    No. 1:14-cv-10250

this 9th day of October 2015.

                                                /s/ Edward A. Wallace
                                                Edward A. Wallace