IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sullivan, et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> Fluidmaster, et al. , <br><br> Defendant(s). | Case No. 14C5696 <br> Judge Robert M. Dow |

### ORDER

Motion hearing held. Unopposed motion for extension of time and page limitations for reply brief in support of common benefit fund motion [170], and Allstate' motion for extension of time until 11/2/2015 to file response brief to interim class counsel's common benefit fund motion [173] are granted.

:05


Date: 10/15/2015        /s/ Robert M. Dow, Jr.
                        United States District Judge